AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia, Richmond Division |

Shawna Mercer

V.

H&P Capital, Inc., et al.

FILED
2009 APR 16 P 12: 05

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:09cv111

TO: (Name and address of Defendant)

H&P Capital, Inc.
c/o Gary Henrion, Registered Agent
13863 Pine Villa Dr.
Ft. Myers, FL 33912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**                              FEB 2 7 2009

CLERK                                                    DATE

_Kara Young_
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FILED

___Eastern___ District of ___Virginia, Richmond Division___

Shawna Mercer

2009 APR 16 P 12: 05

V.

SUMMONS IN A CIVIL ACTION
RICHMOND, VIRGINIA

H&P Capital, Inc., et al.

CASE NUMBER: 3:09cv111

TO: (Name and address of Defendant)

Noel Pooler
2307 Aldridge Ave.
Fort Myers, FL 33907

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

FEB 2 7 2009

CLERK  Kara Young

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED

_____Eastern_____ District of _____Virginia, Richmond Division_____

Shawna Mercer

2009 APR 16 P 12: 05

**SUMMONS IN A CIVIL ACTION**

V.

H&P Capital, Inc., et al.

CASE NUMBER: 3:09cv111

TO: (Name and address of Defendant)

Gary Henrion
13863 Pine Villa Dr.
Ft. Myers, FL 33912

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
804-861-6000

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

FEB 2 7 2009

CLERK

Kara Young

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAWNA MERCER,

    Plaintiff,

v.                                                                         Civil Action No. 3:09cv111

H&P CAPITAL, INC.,
JOHN DOE, a/k/a "ROBERT ANTHONY,"
NOEL POOLER,
and
GARY HENRION,

    Defendants.

## PROOF OF SERVICE

| Service on: | Attorney Name: |
|---|---|
| Robert R. Musick, Esquire | Dale W. Pittman |
| THOMPSON MCMULLAN, P.C. | THE LAW OFFICE OF DALE W. PITTMAN, P.C. |
| 100 Shockoe Slip, 3rd floor | 112-A W. Tabb Street |
| Richmond, VA 23219 | Petersburg, VA 23803 |

**COMMONWEALTH OF VIRGINIA**     **TO-WIT:**
~~COUNTY~~/CITY OF __RICHMOND__

    I, Robert R. Musick, Counsel for Defendants H&P Capital, Inc., Noel Pooler, and Gary Henrion in the above-styled matter now pending in the United States District Court for the Eastern District of Virginia, Richmond Division, do hereby accept service of process, consisting of a copy of the Complaint and Plaintiff's First Request for Production of Documents attached hereto, on this __13th__ day of April, 2009.

                                                                              Robert R. Musick
                                                                              Counsel for H&P Capital, Inc., Noel Pooler,
                                                                              and Gary Henrion

Subscribed and sworn to before the undersigned:

__Cynthia C. Lobon__
Notary Public (Seal of Out of State)
Notary Registration No.: __220783__
My commission expires: __9-30-2010__