

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAWNA MERCER,

    Plaintiff,

v.                                             Civil Action No. 3:09cv111

H&P CAPITAL, INC.,
JOHN DOE, a/k/a "ROBERT ANTHONY,"
NOEL POOLER,
and
GARY HENRION,

    Defendants.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff Shawna Mercer and the Defendants H&P Capital, Inc., Noel Pooler, and Gary Henrion, by their respective counsel, and moved the Court to dismiss with prejudice all claims against Defendants H&P Capital, Inc., Noel Pooler, and Gary Henrion in the above-styled action.

UPON CONSIDERATION, of the representations of counsel, and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that this civil action is DISMISSED with prejudice.

The Clerk is directed to send copies to all counsel of record.

Entered this 22nd day of June, 2009.

**SO ORDERED**


/s/
James R. Spencer
Chief United States District Judge



WE ASK FOR THIS:

*[signature]*

Dale W. Pittman, VSB#15673
Counsel for Shawna Mercer
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

*[signature]*

By: Robert R. Musick, VSB#48601
Counsel for Defendants
THOMPSONMCMULLAN, P.C.
100 Shockoe Slip
Third Floor
Richmond, VA 23219
(804) 649-7545
(804) 780-1813 (Fax)